

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TX. C. C., INC., | § | CASE NO. 17-40297 |
| | § | |
| TEXAS LAND & CATTLE OF | § | CASE NO. 17-40300 |
| FAIRVIEW, LLC, | § | |
| | § | |
| LONE STAR STEAKHOUSE & | § | CASE NO. 17-40303 |
| SALOON OF SPRINGFIELD, INC., | § | |
| | § | |
| LONE STAR STEAKS, INC., | § | CASE NO. 17-40330 |
| | § | |
| TEXAS LAND & CATTLE STEAK | § | CASE NO. 17-40332 |
| HOUSE OF NORTH CAROLINA, | § | |
| | § | |
| *TXLC OF ARLINGTON II, LLC, | § | CASE NO. 17-40333 |
| | § | |
| LONE STAR STEAKHOUSE & | § | CASE NO. 17-40334 |
| SALOON OF SOUTHERN | § | |
| MISSOURI, | § | |
| LONE STAR STEAKHOUSE & | § | CASE NO. 17-40335 |
| SALOON OF FLORIDA, INC., | § | |
| | § | |
| TXLC OF MISSOURI, INC., | § | CASE NO. 17-40336 |
| | § | |
| LONE STAR STEAKHOUSE & | § | CASE NO. 17-40339 |
| SALOON OF MICHIGAN, INC., | § | |
| | § | |
| LONE STAR STEAKHOUSE & | § | CASE NO. 17-40340 |
| SALOON OF MISSISSIPPI, INC., | § | |
| | § | |
| LONE STAR STEAKHOUSE & | § | CASE NO. 17-40341 |
| SALOON OF OKLAHOMA, INC., | § | |
| | § | |
| TX LC LIQUOR COMPANY, | § | CASE NO. 17-40342 |
| | § | |
| | § | |
| LS MANAGEMENT, INC., | § | CASE NO. 17-40508 |
| | § | |
| | § | |

**ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF ORDER AUTHORIZING AND
DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES – Page 1**           1304380

**ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF ORDER AUTHORIZING AND DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

On March 13, 2017 came on for hearing the *Debtors' Motion for Entry of Order Authorizing and Directing Joint Administration of Chapter 11 Cases* (the "Motion"), filed March 6, 2017 by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order under Rule 1015(b)(4) of the Federal Rules of Bankruptcy Procedure directing the joint administration of the above-captioned cases.

After due deliberation and consideration, the Court finds as follows: the Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. § 105; notice to parties in interest was appropriate under the circumstances, and no further notice is necessary; that joint administration of the Debtors' cases is appropriate pursuant to Rules 1015(a) and (c) of the Federal Rules of Bankruptcy Procedure and that cause exists to grant the relief requested in the Motion to the extent set forth below.

**IT IS THEREFORE ORDERED THAT:**

1.      The Motion is granted as set forth herein.

2.      All capitalized terms shall have the same meaning as ascribed to such terms in the Motion, unless otherwise defined herein.

3.      The Debtors' bankruptcy cases shall be administered jointly by this Court.

4.      All pleadings shall use the following caption and shall be filed in the TX. C. C., Inc. bankruptcy case, Case No. 17-40297:

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 17-40297** |
| **TX. C. C., INC. , et al.,** | § | **(Chapter 11)** |
| | § | **(Jointly Administered)** |
| **Debtors.** | § | |

5.      The Clerk of this Court shall make forthwith separate docket entries in each of the

above-captioned cases substantially as follows:

> The Bankruptcy Court has entered an order in accordance with Federal Rule of Bankruptcy Procedure 1015(b) that provides for the joint administration of the Chapter 11 cases of TX. C. C., Inc. (Case No. 17-40297), Texas Land & Cattle of Fairview, LLC (Case No. 17-40300), Lone Star Steakhouse & Saloon of Springfield, Inc. (Case No. 17-40303), Lone Star Steaks, Inc. Case No. 17-40330), Texas Land & Cattle Steakhouse of North Carolina (Case No. 17-40332), TXLC of Arlington II, LLC (Case No. 17-40333), Lone Star Steakhouse & Saloon of Southern Missouri (Case No. 17-40334), Lone Star Steakhouse & Saloon of Florida, Inc. (Case No. 17-40335),  TXLC of Missouri, Inc. (Case No. 17-40336), Lone Star Steakhouse & Saloon of Michigan, Inc. (Case No. 17-40339), Lone Star Steakhouse & Saloon of Mississippi, Inc. (Case No. 17-40340), Lone Star Steakhouse & Saloon of Oklahoma, Inc. (Case No. 17-40341), Lone Star Steakhouse & Saloon of Ohio, Inc. (Case No. 17-40342), Texas LC Liquor Company (Case No. 17-40443), and LS Management, Inc. (Case No. 17-40508). The docket in Case No. 17-40297 should be consulted for all matters affecting the above-listed cases, which includes this case. Notwithstanding said joint administration, proofs of claim are to be filed in each debtor's separate case.

6.      The Clerk of this Court shall file and docket all orders, pleadings, papers and

documents, except proofs of claim, in Case No. 17-40297.

7.      All proofs of claim shall be filed under the case number representing the estate in

which the claim is made, and a creditor of more than one estate shall file a proof of claim in each

case to which a claim may be made, and only in the amount which the creditor may make a claim

from that estate; and the Clerk shall register and file proofs of claim in the case under which the proof of claim is filed.

8.      The Debtors shall file with the Clerk in Case No. 17-40297 a master service list of all creditors, persons filing Notices of Appearance, and all parties in interest in the jointly-administered cases in the form prescribed by Local Bankruptcy Rule 1007(a)(4).

9.      The Debtors shall serve a copy of this Order on the United States Trustee, all creditors, persons filing Notices of Appearance, and other parties in interest, and shall file a certificate of service with the Clerk after completing service of this Order.

10.     Nothing contained in the Motion or in this Order shall be deemed, asserted or construed to substantively consolidate these cases.

Signed on 3/14/2017

*Brenda T. Rhoades*      SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE